UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEROME KING, BENJAMIN BOTOS, CORNELIUS COLLINS, DONNIE TORRES, BARRY DEVALL, RAY ZERINGUE, GREGORY LEJEUNE, BRUCE NAQUIN, MARK BUECHE BOBBY TRAHAN and NELLIS CHASSION** | **CIVIL ACTION NO. 21cv579**<br><br><br><br>**JUDGE JACKSON** |
| **VERSUS** | |
| **FLOWERS FOODS, INC. and FLOWERS BAKING COMPANY OF BATON ROUGE, LLC** | **MAGISTRATE JUDGE JOHNSON** |

_____

## UNOPPOSED MOTION TO LIFT STAY

NOW INTO COURT, through undersigned counsel, come Plaintiffs who respectfully move this Court to lift the stay of this proceeding, as follows:

1.

Plaintiffs filed an Opposed Motion to Stay on October 11, 2021 (Rec. Doc. 2). A Notice of Non opposition to Prior Motion was filed on October 20, 2021 (Rec. Doc. 4). The stay was then granted by Order dated November 10, 2021 (Rec. Doc. 5).

2.

During the stay, on November 16, 2021, the United States Court of Appeals for the Fifth Circuit denied plaintiffs' Petition for Permission to Appeal in the previously filed and pending matter, "Antoine Richard, Et Al v. Flowers Foods, Inc., Et Al", filed in the United States District Court, Western District of Louisiana, Lafayette Division, Civil Action Number 6:15cv2557, which was decertified (the "Former Collective Action") (Rec. Doc. 442 of the Former Collective Action).

3.

There being no further reason to stay this matter, plaintiffs believe this matter should proceed.

4.

Counsel for the defendants has reviewed this Motion and indicates that it is unopposed.

WHEREFORE, PLAINTIFFS PRAY that this Motion to Lift Stay be granted and that the matter proceed.

Respectfully submitted,

| | |
|---|---|
| /s/ Steven G. Durio | RYAN M. GOUDELOCKE (#30525) |
| STEVEN G. DURIO (#05230) | **Caraway LeBlanc, LLC** |
| D. PATRICK KEATING (#14417) | 130 South Audubon Blvd., Suite 105 |
| RANDY GUIDRY (#26909) | Lafayette, LA  70503 |
| LAUREN NOEL MAURER (#37243) | Phone:  (337) 345-1985 |
| **Durio, McGoffin, Stagg, Shelton** | Fax:      (337) 233-9095 |
| **  & Guidry** | Email:   rgoudelocke@carawayleblanc.com |
| 220 Heymann Boulevard (70503) | |
| Post Office Box 51308 | |
| Lafayette, LA  70505-1308 | |
| Phone: (337) 233-0300 | |
| Fax:     (337) 233-0694 | |
| Email:  durio@dmsfirm.com | |
|             rick@dmsfirm.com | |
|             randy@dmsfirm.com | |
|             lauren@dmsfirm.com | |
| | |
| TRAVIS J. BROUSSARD (#33036) | THOMAS M. HAYES, IV (#28600) |
| 130 South Audubon Blvd., Suite 109 | **Hayes, Harkey, Smith & Cascio, L.L.P.** |
| Post Office Box 82238 | 2811 Kilpatrick Blvd. (71201) |
| Lafayette, LA 70598-2238 | Post Office Box 8032 |
| Phone: (337) 316-8135 | Monroe, LA 71211-8032 |
| Fax:     (337) 233-9095 | Phone: (318) 387-2422 |
| Email:  travis.broussard@live.com | Fax:     (318) 388-5809 |
| | Email:  tommy@hhsclaw.com |

**ATTORNEYS FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of plaintiffs' **Unopposed Motion to Lift Stay** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a notice of electronic filing to counsel as indicated by the Court.

Lafayette, Louisiana, this 1 day of December, 2021.

                              /s/ Steven G. Durio
                              STEVEN G. DURIO