UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | |
|---|---|
| JEROME KING, BENJAMIN BOTOS, CORNELIUS COLLINS, DONNIE TORRES, BARRY DEVALL, RAY ZERINGUE, GREGORY LEJEUNE, BRUCE NAQUIN, MARK BUECHE, BOBBY TRAHAN, NELIS CHASSION, DAVID JONES and BRYAN ROY, <br><br> Plaintiffs, <br><br> VERSUS <br><br> FLOWERS FOODS, INC. and FLOWERS BAKING COMPANY OF BATON ROUGE, LLC, <br><br> Defendants. | CASE NO.: 3:21-CV-00579-BAJ-SDJ <br><br> DISTRICT JUDGE, <br> BRIAN A. JACKSON <br><br> MAGISTRATE JUDGE, <br> SCOTT D. JOHNSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# EXHIBIT C-1

Email Correspondence between
Counsel Regarding Deficiencies

**Smith, Charlotte C.**

| | |
|---|---|
| **From:** | Santen, Margaret |
| **Sent:** | Tuesday, March 21, 2023 8:58 AM |
| **To:** | Ryan Goudelocke |
| **Cc:** | Travis Broussard; Sanford, Jr., C. Garner; Wooten, Virginia M.; Joan Jones; Ray, Michael D.; Smith, Charlotte C. |
| **Subject:** | Re: King [ODNSS-OGL] |

Thanks, Ryan. Let's plan on 1:30 CT today. I will send a calendar invite.

Sent from my iPhone

On Mar 20, 2023, at 12:28 PM, Ryan Goudelocke <ryan@goudelocke.law> wrote:

[Caution: Email received from external source]

Maggie,

Sure thing; tomorrow between 1 and 2:30 (Central) would work to speak; or Weds after about 10:30a (Central)

rmg

From: Santen, Margaret <maggie.santen@ogletree.com>
Sent: Monday, March 20, 2023 9:51 AM
To: Ryan Goudelocke <ryan@goudelocke.law>; Travis Broussard <travis.broussard@live.com>
Cc: Sanford, Jr., C. Garner <Garner.Sanford@ogletreedeakins.com>; Wooten, Virginia M. <virginia.wooten@ogletreedeakins.com>; Joan Jones <joan@goudelocke.law>; Ray, Michael D. <Michael.Ray@ogletreedeakins.com>; Smith, Charlotte C. <charlotte.smith@ogletreedeakins.com>
Subject: RE: King [ODNSS-OGL]

Ryan:

Thank you. Let's schedule a call to confirm we are on the same page. I have some time tomorrow afternoon and Wednesday morning. I need to ensure I understand exactly who you will be responding on behalf of and when.

We will file our motion to address any holes, if any, after we fully understand the same.

We will also need to start calendaring depositions.

Thanks.

1

**Margaret Santen | Ogletree Deakins**
201 South College Street, Suite 2300 | Charlotte, NC 28244 | Telephone: 704-405-3119
maggie.santen@ogletree.com | www.ogletree.com | Bio

From: Ryan Goudelocke <ryan@goudelocke.law>
Sent: Monday, March 20, 2023 10:37 AM
To: Santen, Margaret <maggie.Santen@ogletreedeakins.com>; Travis Broussard <travis.broussard@live.com> Cc: Sanford, Jr., C. Garner <Garner.Sanford@ogletreedeakins.com>; Wooten, Virginia M. <virginia.wooten@ogletreedeakins.com>; Joan Jones <joan@goudelocke.law>; Ray, Michael D. <Michael.Ray@ogletreedeakins.com>; Smith, Charlotte C. <charlotte.smith@ogletreedeakins.com> Subject: Re: King [ODNSS-OGL]

**[Caution: Email received from external source]**

Maggie,

We never did have that call for timelining these folks, and identifying for whom we don't expect production from the clients.

Regardless, we expect to produce this week what was indicated we do have. I'll also check with my colleagues about what our prompts to clients have produced in addition (since they're directed to submit material to a central point and not among all of us). Finally, we are mostly done with and will complete this week repeated notice correspondence concerning materials and info we do not have, and we will have to produce that as received (or not, as the case may be).

Ryan M. Goudelocke
Goudelocke Law

130 South Audubon Boulevard, Suite 105, Lafayette, Louisiana 70503
(337) 345-1985 (tel)
(337) 233-9095 (fax)

From: Santen, Margaret <maggie.santen@ogletree.com>
Sent: Monday, March 20, 2023 8:40:54 AM
To: Ryan Goudelocke <ryan@goudelocke.law>; Travis Broussard <travis.broussard@live.com>
Cc: Sanford, Jr., C. Garner <Garner.Sanford@ogletreedeakins.com>; Wooten, Virginia M. <virginia.wooten@ogletreedeakins.com>; Joan Jones <joan@goudelocke.law>; Ray, Michael D. <Michael.Ray@ogletreedeakins.com>; Smith, Charlotte C. <charlotte.smith@ogletreedeakins.com>
Subject: RE: King [ODNSS-OGL]

Good Morning:

I hope you all had a nice weekend.

We still haven't heard from you all on *King* despite multiple attempts to follow-up, including two separate email messages last week. We initially served discovery in this case in May 2022—ten months ago now. And, discovery closes on June 1, 2023—two-and-a-half months away.

We have no choice at this point but to file a Motion to Compel. This case involves 13 Plaintiffs and we are quickly running out of time.

If you have any update on production for those for whom you promised to supplement a month ago now, please let me know and we will note the same in our papers.

Thank you very much.
**Margaret Santen | Ogletree Deakins**
201 South College Street, Suite 2300 | Charlotte, NC 28244 | Telephone: 704-405-3119
maggie.santen@ogletree.com | www.ogletree.com | Bio

---

From: Santen, Margaret
Sent: Tuesday, March 14, 2023 3:53 PM
To: 'Ryan Goudelocke' <ryan@goudelocke.law>; Travis Broussard <travis.broussard@live.com>
Cc: Sanford, Jr., C. Garner <Garner.Sanford@ogletreedeakins.com>; Wooten, Virginia M. <virginia.wooten@ogletreedeakins.com>; Joan Jones <joan@goudelocke.law>
Subject: RE: King

Good Afternoon All:

I don't think we have heard from you regarding the below. Please advise when we can receive supplements and/or confirmation of who no longer wishes to pursue their claims.

We need to start getting some deposition dates on the books.

Thanks very much.
**Margaret Santen | Ogletree Deakins**
201 South College Street, Suite 2300 | Charlotte, NC 28244 | Telephone: 704-405-3119
maggie.santen@ogletree.com | www.ogletree.com | Bio

---

From: Ryan Goudelocke <ryan@goudelocke.law>
Sent: Tuesday, February 21, 2023 2:11 PM
To: Santen, Margaret <maggie.Santen@ogletreedeakins.com>; Travis Broussard <travis.broussard@live.com>
Cc: Sanford, Jr., C. Garner <Garner.Sanford@ogletreedeakins.com>; Wooten, Virginia M. <virginia.wooten@ogletreedeakins.com>; Joan Jones <joan@goudelocke.law>
Subject: RE: King

[Caution: Email received from external source]

Maggie,

I'm free as well after about 10:30a Central tomorrow.

As Travis mentions, we are following up now on our prior contacts to procure responsive information/materials or, failing that, adequately alert the clients of the consequences. That correspondence will happen this week. Meantime, Travis will be able to supply the information and

3

materials referenced below as already obtained, in the form of standard discovery-response pleadings (or where appropriate supply pleadings that aver absence of supplemental responsive information). That will require some scrivening, but not to an extreme degree. We can discuss tomorrow but I doubt the timeframe for those should be problematic.

We do not expect you to await those before determining how to handle the remaining individuals from whom you've either received nothing, or for whom we need to supplement. I suggest we discuss those handful case by case tomorrow.

Maintenant, laissez les bon temps roulez!


Ryan M. Goudelocke
Goudelocke Law

130 South Audubon Boulevard, Suite 105
Lafayette, Louisiana 70503
(337) 345-1985 (tel)
(337) 233-9095 (fax)


From: Santen, Margaret <maggie.santen@ogletree.com>
Sent: Tuesday, February 21, 2023 7:26 AM
To: Travis Broussard <travis.broussard@live.com>; Ryan Goudelocke <ryan@goudelocke.law>
Cc: Sanford, Jr., C. Garner <Garner.Sanford@ogletreedeakins.com>; Wooten, Virginia M. <virginia.wooten@ogletreedeakins.com>; Joan Jones <joan@goudelocke.law>
Subject: RE: King

Thanks, Travis. While I appreciate your continued commentary, we do have an upcoming discovery deadline in this case. We need to defend against the claims you filed within the timeframes set by the Scheduling Orders in these cases.

Ryan- please let me know when you want to discuss a proposed timeline for the below. I am generally free tomorrow morning.

Best,

Maggie
**Margaret Santen | Ogletree Deakins**
201 South College Street, Suite 2300 | Charlotte, NC 28244 | Telephone: 704-405-3119
maggie.santen@ogletree.com | www.ogletree.com | Bio

From: Travis Broussard <travis.broussard@live.com>
Sent: Monday, February 20, 2023 3:37 PM
To: Santen, Margaret <maggie.Santen@ogletreedeakins.com>; Ryan Goudelocke <ryan@goudelocke.law>
Cc: Sanford, Jr., C. Garner <Garner.Sanford@ogletreedeakins.com>; Wooten, Virginia M. <virginia.wooten@ogletreedeakins.com>; Joan Jones <joan@goudelocke.law>
Subject: Re: King

4

*[Caution: Email received from external source]*

Maggie:

We have to send appropriate letters to their homes foreshadowing such an agreement to voluntarily dismiss before we can make any agreement with you. We have not yet sent those letters due to the work on the oppositions to MSJ re: Works v. Flowers. We will be sending those letters this week and asking that they make a last effort to comply. Once this process plays itself out, we'll be glad to look at dismissals like we have in the other cases. With a 2024 trial date, it seems we have plenty of time to address all of our ethical considerations.

Travis J. Broussard
Attorney-at-Law
130 South Audubon Blvd., Ste. 109
Lafayette, LA 70503
P.O. Box 82238 (70598)
Phone: (337) 534-4242
Fax: (337) 534-4343
Email: travis.broussard@live.com

From: Santen, Margaret <maggie.santen@ogletree.com>
Sent: Monday, February 20, 2023 2:26 PM
To: Ryan Goudelocke <ryan@goudelocke.law>
Cc: Travis Broussard <travis.broussard@live.com>; Sanford, Jr., C. Garner <Garner.Sanford@ogletreedeakins.com>; Wooten, Virginia M. <virginia.wooten@ogletreedeakins.com>; Joan Jones <joan@goudelocke.law>
Subject: RE: King

Ryan:

Thanks. Mr. Collins did not respond to discovery in *Richard*. Therefore, we cannot consider any sort of limited dismissal of his claims for the time period post *Richard*. If he will not be complying with discovery, we will agree to your voluntary dismissal of his claims following the similar form you have used for others.

Mr. King, Torres and LeJeune did not respond to discovery in *Richard* either. While we appreciate you all producing the information below, we would also need complete interrogatory responses and other documents requested, such as payments to helpers, etc.

For those who have been gone for some time and claim to not have any more information, we will assess what may have been requested in the latest set that we may still need, if anything. At a minimum, we need responses claiming that no responsive documents exist.

When can you all have this information to us? We are happy to hold off on filing a motion to compel pending your assurances of complete production within a date certain in the short term.

Thanks.

**Margaret Santen | Ogletree Deakins**
201 South College Street, Suite 2300 | Charlotte, NC 28244 | Telephone: 704-405-3119
maggie.santen@ogletree.com | www.ogletree.com | Bio

From: Ryan Goudelocke <ryan@goudelocke.law>
Sent: Monday, February 20, 2023 1:59 PM
To: Santen, Margaret <maggie.Santen@ogletreedeakins.com>
Cc: Travis Broussard <travis.broussard@live.com>; Sanford, Jr., C. Garner <Garner.Sanford@ogletreedeakins.com>; Wooten, Virginia M. <virginia.wooten@ogletreedeakins.com>; Joan Jones <joan@goudelocke.law>
Subject: RE: King

[Caution: Email received from external source]

Maggie,

At this time, it appears the *King* plaintiffs fit in the following baskets:

1. Appear likely to voluntarily dismiss at least for claims to damages not documented in *Richard* discovery responses:

- Cornelius Collins

2. Appear to have no supplementary information or materials:

- Bryan Roy: Relinquished route to FLO in or around September 2014. Unable to supplement state returns 2012-2014 with federal returns, or with W-2s/1099s from those years. Income reported on La. returns above FLO W-2s attributable to other employment presumably
- Barry Devall: Retired from service with FLO in 2015
- Bruce Naquin: Retired from service with FLO in September 2014

3. Currently retrieving (and/or we are in possession of) responsive information/materials:

- Ben Botos: Have received information to update interrogatory responses. Mr. Botos is collecting responsive documents for production
- Nellis Chaisson: Notified FLO in June 2017 of intent to relinquish route to Dustin Hernandez. Ceased work for FLO shortly thereafter. We have and plan to produce 2016 and 2017 tax returns
- David Jones: We have and plan to produce information responsive to updated interrogatories, as well as tax returns through 2020. Client seeking 2021 tax return
- Jerome King: Left service with FLO in 2013 or 2014; we do have and can produce 2012 and 2013 tax documents, as well as tax-transcript request for 2014 (which it appears to me were not previously produced, but please correct me if otherwise)
- Gregory Lejeune: Relinquished route (FLO repurchase statement at FLO-RICH 11345), we do have and can produce 2017 through 2020 tax documents
- Donnie Torres: We do have updated interrogatory responses complete through 2021, and 2017 tax returns, and are seeking completed responsive documents from client
- Bobby Trahan: Client contacting CPA, but unlikely to have 1099 for helper Robert as Mr. Trahan retained the route for only one week in 2018. Client seeking distributorship transfer documents, but FLO has final repurchase statement
- Ray Zeringue: Client obtaining information and documents responsive to updated discovery

Regards,

Ryan M. Goudelocke
Goudelocke Law

130 South Audubon Boulevard, Suite 105
Lafayette, Louisiana 70503
(337) 345-1985 (tel)
(337) 233-9095 (fax)

From: Santen, Margaret <maggie.santen@ogletree.com>
Sent: Monday, February 20, 2023 11:06 AM
To: Ryan Goudelocke <ryan@goudelocke.law>
Cc: Travis Broussard <travis.broussard@live.com>; Sanford, Jr., C. Garner <Garner.Sanford@ogletreedeakins.com>; Wooten, Virginia M. <virginia.wooten@ogletreedeakins.com>; Joan Jones <joan@goudelocke.law>
Subject: Re: King

Ryan:

Could you send a list of who falls in each category below? That would help us in the meet and confer process.

Thanks very much.

Sent from my iPhone

> On Feb 20, 2023, at 11:27 AM, Ryan Goudelocke <ryan@goudelocke.law> wrote:

**[Caution: Email received from external source]**

Maggie, Garner,

I reached out to the King plaintiffs last week. For a couple of them, it looks like it may be necessary to voluntarily dismiss their claims, or at least such as have not been documented by supplementary discovery. For at least a couple more, it appears they may have no supplementary discovery (as they are no longer distributors) and your clients are aware of that. Finally, at least several more are currently gathering any responsive materials they have.

Like Travis, I should be able to confer about 2p Central. Please let me know who I should call and when works for them

7

Ryan M. Goudelocke

Goudelocke Law

_____

130 South Audubon Boulevard, Suite 105, Lafayette, Louisiana 70503

(337) 345-1985 (tel)

(337) 233-9095 (fax)

---

From: Travis Broussard <travis.broussard@live.com>
Sent: Monday, February 20, 2023 9:58:41 AM
To: Santen, Margaret <maggie.santen@ogletree.com>; Sanford, Jr., C. Garner <Garner.Sanford@ogletreedeakins.com>
Cc: Wooten, Virginia M. <virginia.wooten@ogletreedeakins.com>; Ryan Goudelocke <ryan@goudelocke.law>
Subject: Re: King

Ryan,

Please handle this motion to compel situation with Maggie.

Thanks,

Travis

Get Outlook for iOS

---

From: Santen, Margaret <maggie.santen@ogletree.com>
Sent: Monday, February 20, 2023 8:48:11 AM
To: Travis Broussard <travis.broussard@live.com>; Sanford, Jr., C. Garner <Garner.Sanford@ogletreedeakins.com>
Cc: Wooten, Virginia M. <virginia.wooten@ogletreedeakins.com>
Subject: RE: King

Travis:

I will let Garner handle the call with you, but we have still yet to hear from you regarding the 11 non-responding plaintiffs. Friday was the deadline.

We have a motion to compel ready. Let us know when you can confer regarding the same before we file it.

**Margaret Santen | Ogletree Deakins**
201 South College Street, Suite 2300 | Charlotte, NC 28244 | Telephone: 704-405-3119
maggie.santen@ogletree.com | www.ogletree.com | Bio

From: Travis Broussard <travis.broussard@live.com>
Sent: Monday, February 20, 2023 9:21 AM

8

To: Sanford, Jr., C. Garner <Garner.Sanford@ogletreedeakins.com>
Cc: Santen, Margaret <maggie.Santen@ogletreedeakins.com>
Subject: Re: King

[Caution: Email received from external source]

I'm pretty full this morning, but I can probably talk beginning 2:30p central time.

Get Outlook for iOS

From: Sanford, Jr., C. Garner <garner.sanford@ogletree.com>
Sent: Monday, February 20, 2023 8:13:52 AM
To: travis.broussard@live.com <travis.broussard@live.com>
Cc: Santen, Margaret <maggie.Santen@ogletreedeakins.com>
Subject: King

Travis,

Do you have time for a call this morning on the King schedule?

**C. Garner Sanford, Jr. | Ogletree Deakins**
One Ninety One Peachtree Tower, 191 Peachtree Street, N.E., Suite 4800 | Atlanta, GA 30303 | Telephone: 404-870-1714
garner.sanford@ogletree.com | www.ogletree.com | Bio