UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**JEROME KING, et. al**  Case 21-cv-0579-BAJ-SDJ

DISTRICT JUDGE JACKSON

**VERSUS**

MAGISTRATE JOHNSON

**FLOWERS FOODS, INC. et. al**

---

### UNOPPOSED MOTION FOR MODIFICATION TO SCHEDULING ORDER AND FOR EXTENSION OF TIME

**Now into Court**, through undersigned counsel, come Plaintiffs, **Jerome King**, **Benjamin Botos**, **Cornelius Collins**, **Donnie Torres**, **Barry Devall**, **Ray Zeringue**, **Gregory Lejeune**, **Bruce Naquin**, **Mark Bueche**, **Bobby Trahan**, **Nelis Chassion**, **David Jones**, and **Bryan Roy**, to respectfully move without opposition for modification of the Court's present scheduling order, and for extension of time to file pleading in opposition, on the following grounds:

1.

The Court's existing Scheduling Order (Rec. Doc. 19) as modified on February 24, 2023 sets deadlines for completion of discovery of June 1, 2023; and to file dispositive motions of September 1, 2023 (Rec. Entry 28).

2.

Presently pending before the Court is Defendants' Motion to Compel (Rec. Doc. 30) fact discovery from Plaintiffs.

1

3.

While Plaintiffs' fact discovery responses are largely prepared, they have not yet been supplied to Defendants and Plaintiffs' forthcoming Memorandum in Opposition to Defendants' pending Motion, which will recite such fact discovery as has been performed at the time of its filing, is not yet prepared. **Undersigned counsel planned to complete those tasks as scheduled, but unavoidable family circumstances prevent their completion at this time**.

4.

At the same time, Defendants also seek additional time to adequately prepare for and undertake depositions of Plaintiffs following completion of the latter's fact discovery, and Defendants' counsel has expressed desire to shift the date of fact-discovery closure in any event to avoid hurrying their own efforts.

5.

Undersigned counsel and counsel for Defendants have conferred and the latter have agreed not to oppose Plaintiffs' instant motion to modify the existing Scheduling Order to permit Plaintiffs additional time to oppose the pending Motion to Compel, and at the same time to extend closure of fact discovery and the parties' deadline for dispositive motions.

6.

Counsel for all parties agree that extension of these deadlines should not delay the existing trial date of February 26, 2024 and its preceding pre-trial order deadline of November 20, 2023, or other deadlines keyed to the trial date. No modification to deadlines related to expert discovery or motions is sought at this time.

7.

Undersigned counsel requested four weeks' time to ensure completion of production and filing of opposition to Defendants' Motion to Compel; Defendants' counsel do not oppose, conditioned on Plaintiffs' moving also to extend the deadlines for close of discovery and for dispositive motions by 60 and approximately 45 days, to August 1, 2023 and October 13, 2023, respectively.

8.

The parties have conferred and agreed, with permission of the Court, that the following extended deadlines would permit the parties to adequately complete the work necessary to prepare this case for trial beginning February 26, 2024:

| | |
|---|---|
| Plaintiffs' Memorandum in Opposition to Motion to Compel (Rec. Doc. 30) | May 12, 2023 |
| Completion of Fact Discovery | August 1, 2023 |
| Dispositive Motions | October 13, 2023 |

9.

The parties believe such an extension would not upset the trial as currently scheduled.

Wherefore, Plaintiffs pray the Court modify the scheduling order as follows:

| | |
|---|---|
| Plaintiffs' Memorandum in Opposition to Motion to Compel (Rec. Doc. 30) | May 12, 2023 |
| Completion of Fact Discovery | August 1, 2023 |
| Dispositive Motions | October 13, 2023 |

Respectfully submitted,

| | |
|---|---|
| STEVEN G. DURIO (#05230)<br>D. PATRICK KEATING (#14417)<br>RANDY M. GUIDRY (#26909)<br>LAUREN ASHLEY NOEL (#37243)<br>**Durio, McGoffin, Stagg & Guidry**<br>220 Heymann Boulevard (70503)<br>Post Office Box 51308<br>Lafayette, LA   70505-1308<br>Phone: (337) 233-0300<br>Fax:     (337) 233-0694<br>Email:  durio@dmsfirm.com<br>             rick@dmsfirm.com<br>             randy@dmsfirm.com<br>             lauren@dmsfirm.com | __/s Ryan Goudelocke_____<br>RYAN M. GOUDELOCKE (#30525)<br>*Goudelocke Law*<br>130 South Audubon Blvd., Suite 105<br>Lafayette, LA   70503<br>Phone: (337) 345-1985<br>Fax:     (337) 233-9095<br>Email:  ryan@goudelocke.law |
| TRAVIS J. BROUSSARD (#33036)<br>130 South Audubon Boulevard, Suite 109<br>Post Office Box 82238<br>Lafayette, LA 70598-2238<br>Phone: (337) 534-4242<br>Fax:     (337) 534-4343<br>Email: travis.broussard@live.com | THOMAS M. HAYES, IV (#28600)<br>**Hayes, Harkey, Smith & Cascio, L.L.P.**<br>2811 Kilpatrick Boulevard (71201)<br>Post Office Box 8032<br>Monroe, LA 71211-8032<br>Phone: (318) 387-2422<br>Fax:     (318) 388-5809<br>Email:  tommy@hhsclaw.com |

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Plaintiffs' UNOPPOSED MOTION FOR MODIFICATION TO SCHEDULING ORDER AND FOR EXTENSION OF TIME was electronically filed with the Clerk of the Court using the CM/ECF system which sent a notice of electronic filing to counsel as indicated by the Court.

Lafayette, Louisiana, this 13th day of April, 2023.

                                                                                                                    /s/ Ryan Goudelocke_____
                                                                                                                     Ryan M. Goudelocke