UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEROME KING, ET AL.                                         CIVIL ACTION

VERSUS

FLOWERS FOOD, INC., ET AL.                         NO. 21-00579-BAJ-SDJ

## RULING AND ORDER

Now before the Court is the parties' **Joint Motion For Approval Of FLSA Settlement (Doc. 71, the "Motion")**. The Court has reviewed the terms of the proposed Settlement Agreement, (Doc. 71-1), and all related materials and finds that the Settlement Agreement is a fair and reasonable resolution of a bona fide dispute. The Court also finds that Plaintiffs' counsel's unopposed request for attorney's fees and costs, (Doc. 71 at pp. 11-13), is reasonable, and the Court will award the requested fees and costs. Accordingly,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**, and the Settlement Agreement be and is hereby **APPROVED** by the Court.

Judgment shall be entered separately.

Baton Rouge, Louisiana, this 25th day of November, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA