# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JEROME KING, ET AL. | CIVIL ACTION |
| VERSUS | |
| FLOWERS FOOD, INC., ET AL. | NO. 21-00579-BAJ-SDJ |

## JUDGMENT

Considering the **Joint Motion For Approval Of FLSA Settlement (Doc. 71)**, which is signed by both parties and jointly requests dismissal of Plaintiffs' claims, and which the Court therefore construes as a stipulation of dismissal that dismisses the above-captioned action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, with Defendants to bear $25,000 of Plaintiffs' attorney's fees and costs.

Baton Rouge, Louisiana, this 25th day of November, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA